IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-176-AP**

**CHARLES JAMES GRIFFIN, JR.,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER OF DISMISSAL

Kane, J.

This matter is before the court on Defendants' Motion to Dismiss (doc. #17), filed January 22, 2008. I have reviewed the motion and plaintiff's response thereto. The Motion to Dismiss is GRANTED. The three individual defendants, are DISMISSED from this case because, as the defendant pointed out, the suit is more properly brought against the entity (Social Security Administration), and not the individual employees. I further find that the plaintiff failed to exhaust his administrative remedies, and therefore, this court does not have subject matter jurisdiction. For the reasons stated herein and more fully set forth in Defendant's Motion, this case is DISMISSED.

Dated this 8th day of February, 2008.

BY THE COURT:

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court