IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-176-AP**

**CHARLES JAMES GRIFFIN, JR.,**

    Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

    Defendant.

## ORDER

Kane, J.

This matter is before the court on Defendants' Motion to Reconsider Order of Dismissal (doc. #24), filed February 25, 2008. The motion is denied. This case was dismissed for lack of subject matter jurisdiction. While the issue of service was ultimately resolved, that did not overcome the jurisdictional deficiency. The order of dismissal is reiterated. The request to consider the motion in the alternative as an appeal is GRANTED. The Clerk of the Court is directed to construe plaintiff's letter as his notice of appeal of the dismissal of this case.

Dated this 28th day of February, 2008.

                                                 BY THE COURT:

                                               *S/John L. Kane*
                                               John L. Kane, Senior Judge
                                               United States District Court